Office of the Clerk

United States Court of Appeals for the Ninth Circuit

Post Office Box 193939

San Francisco, California 94119-3939

August 23, 2024



RE: CHECK FORWARD

Money Order Number: 29334656046 for $605.00

24-4223, *Benshoof, et al. v. Admon, et al.*

The court forwards the enclosed money order for receipting and docketing in accordance with the enclosed 07/25/2024 order of the Ninth Circuit Court of Appeals.

Thank you for your cooperation in this regard.

Money Order Forwarded to:

U.S. District Court

Clerk's Office/Fiscal Unit

700 Stewart Street, Suite 2310

Seattle, WA 98101



*Filing Fee Attached!*

# IN THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| Benshoof, et al. ) | |
|     Plaintiffs, ) | |
| V. ) | Case No. 24-4223 |
| v. Admon, et al. ) | |
|     Defendants. ) | |

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 2 3 2024

FILED _____
DOCKETED _____
DATE     INITIAL

## AFFIDAVIT

One, Howard Brown, the Undersigned Affiant, hereinafter known as I, me, myself or one, Howard Brown, does hereby solemnly affirm, declare and state, under penalty and perjury, including first hand witness and testimony as follows:

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as witness Affiant shall so state.

## FACTS

4. On August 20, 2024, I was privy to a phone call with Kurt Benshoof where he stated that he sent two (2) mailings to the 9th Circuit Court of Appeals.

    a. First mailing was IFP application, but a notice that he had no access to the proper 'IFP' form, but stated clearly that he is indigent and needed assistance from the court to proceed.

b. Second mailing was response as to why his appeal to the 9th circuit wasn't frivolous.

5. It was labeled 'Legal Mail' and addressed to the 9th circuit court of appeals which the response is due by August 29, 2024, Case# 24-4223.

Respectfully Submitted,

*Howard Brown, Affiant*

## VERIFICATION OF AFFIDAVIT

STATE OF LOUISIANA
TANGIPAHOA PARISH

BEFORE ME personally appeared Howard G. Brown who, being by me first duly sworn and identified in accordance with Louisiana law, deposes and says:

1. My name is Howard G. Brown, plaintiff herein.

FURTHER THE AFFIANT SAYETH NAUGHT.

Howard Gary Brown, Affiant

SWORN TO and subscribed before me this 21st day of August, 2024.

_____
Notary Public

My commission expires:

**LESLIE N. MOON**
**NOTARY ID# 67756**
**MY COMMISSION IS FOR LIFE**

2 | Page

# IN THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| **Benshoof, et al.** | ) |
|     **Plaintiffs,** | ) |
| **V.** | ) **Case No. 24-4223** |
| **v. Admon, et al.** | ) |
|     **Defendants.** | ) |

**This is the filing for the above mentioned case!**