UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Kurt Benshoof, Briana Gage, Plaintiffs-Appellants, v. Moshe Admon, et al., Defendants-Appellees. | No. 24-4223 D.C. No. 2:23-cv-01392-JNW Western District of Washington Seattle MOTION FOR IFP |

Appellant Kurt Benshoof ("Benshoof") moves the Court to allow Appellants to proceed with their appeal in forma pauperis due to their financial lack of means.

DATED this 19th day of August 2024.

_____
KURT BENSHOOF

PAGE 1 OF 1